AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Silas Fee | Case No: 2:15CR00018-014<br>USM No: 20201-084<br>Erin Trodden, AFPD<br>*Defendant's Attorney* |
| Date of Original Judgment: 01/04/2017<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | |

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
February 24, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __195__ months **is reduced to** __173__ months, but not less than time served.

The amended sentence pursuant to Amendment 821 consists of 113 months on County 1s and 60 months on Count 8s, to run consecutively.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __01/04/2017__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/24/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James P. Jones, Senior United States District Judge
*Printed name and title*